# Court of Appeals
# of the State of Georgia

ATLANTA, November 15, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0095.  MARIO WILLIAMS v. ANDREW RUSSO.**

Attorney Mario Williams represents an inmate housed at the Georgia Diagnostic and Classification Prison. Williams alleges that correctional officer Andrew Russo opened and confiscated mail from his client that was addressed to him. Seeking to have Russo criminally charged, Williams applied to the superior court for a probable cause warrant hearing. He also subpoenaed the Department of Corrections to produce witnesses and evidence at the hearing. The court quashed the subpoena and dismissed the warrant application. Williams then filed both a notice of appeal and this application for discretionary appeal.

The superior court's order appears to be final, and no provision of OCGA § 5-6-35 (a) appears to be applicable. Therefore, the order is subject to direct appeal. Based on Williams's filing of a notice of appeal, however, this matter has already been docketed as a direct appeal. See A13A0462. Accordingly, this application is superfluous, and it is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/15/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*